had seen Movant in shackles when he was being transported.

Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the parties only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**Charles D. RULO, Movant/Appellant,**

**v.**

**STATE of Missouri,
Respondent/Respondent.**

**No. ED 78869.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 2, 2001.

Douglas R. Hoff, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., and KATHIANNE KNAUP CRANE and ROBERT G. DOWD, JR., JJ.

## ORDER

PER CURIAM.

Charles D. Rulo (Movant) appeals the judgment denying, without an evidentiary hearing, his Rule 24.035 motion for postconviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**In re W.R.H.**

**No. ED 78901.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 2, 2001.

Heather E. Franken, Assistant Public Defender, St. Charles, MO, for appellant.

John J. Smith; Office of Family Court Services, St. Charles, MO, for respondent.

Before GEORGE W. DRAPER III, P.J. and MARY R. RUSSELL, J. and MARY K. HOFF, J.

## ORDER

PER CURIAM.

W.R.H., a male born October 30, 1987, appeals the juvenile court order commit-

ting him to the Division of Youth Services (DYS). We affirm.

W.R.H. pled guilty to first-degree statutory sodomy for the offense of deviate sexual intercourse with his brother, a person less than fourteen years of age, in December of 1998, in violation of Section 566.062 RSMo 1994. Following a hearing on W.R.H.'s violations of the original court ordered supervision, the juvenile court committed W.R.H. to the custody of DYS pursuant to Section 219 .021.1 RSMo Cum. Supp.1998. W.R.H. appeals that order.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Rose Marie GUNN, Appellant.**

**No. WD 59126.**

Missouri Court of Appeals, Western District.

Submitted Aug. 13, 2001.

Decided Oct. 2, 2001.